IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02107-PAB-KLM

JANE DOE #1,
JANE DOE #2, and
JANE DOE #3,

    Plaintiffs,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE-2,
BOARD OF EDUCATION OF BOULDER VALLEY SCHOOL DISTRICT NO. RE-2,
TRAVIS JON MASSE, in his individual capacity,
CHRIS KING, in his individual capacity and in his official capacity as Superintendent,
GINGER RAMSEY, in her individual capacity and in her official capacity as Principal,
MIKE LOWE, in his individual capacity and in his official capacity as Assistant Principal and Athletic Director,
MARK SCHMIDT, in his individual capacity,
MATT SCHMIDT, in his individual capacity,
JASON WANEKA, in his individual capacity, and
JASMINE MASSE, in her individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to File Amended Complaint and Jury Demand** [Docket No. 38; Filed October 17, 2011] (the "Motion"). Although the time has run for Plaintiffs to amend their complaint once as a matter of course, Fed. R. Civ. P. 15(a)(1)(A), the Motion is unopposed, and the case is in the very early stages of litigation. Thus, the Court finds that granting leave to amend pursuant to Fed. R. Civ. P. 15(a)(2) is appropriate. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Complaint and Jury Demand located at Docket No 38-2, effective as of the date of this Minute Order. Defendants shall answer or otherwise respond to the Amended Complaint on or before **November 2, 2011**.

    Dated: October 18, 2011