IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02107-PAB-KLM

JANE DOE #1,
JANE DOE #2, and
JANE DOE #3,

     Plaintiffs,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE-2,
BOARD OF EDUCATION OF BOULDER VALLEY SCHOOL DISTRICT NO. RE-2,
TRAVIS JON MASSE, in his individual capacity,
CHRIS KING, in his individual capacity and in his official capacity as Superintendent,
GINGER RAMSEY, in her individual capacity and in her official capacity as Principal,
MIKE LOWE, in his individual capacity and in his official capacity as Assistant Principal and Athletic Director,
MARK SCHMIDT, in his individual capacity,
MATT SCHMIDT, in his individual capacity,
JASON WANEKA, in his individual capacity, and
JASMINE MASSE, in her individual capacity,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiffs' Unopposed Motion to Reschedule Scheduling/Planning Conference** [Docket No. 46; Filed November 28, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to state a date certain as required by D.C.COLO.LCivR 6.1D.

     IT IS FURTHER **ORDERED** that, to the extent that the parties are seeking to stay the litigation pending resolution of the motion to dismiss [#44], they shall file a motion to stay and include legal authority for their request.

     Dated:  November 28, 2011