**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02107-PAB-KLM

JANE DOE #1,
JANE DOE #2, and
JANE DOE #3,

    Plaintiffs,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE-2,
TRAVIS JON MASSE,
CHRIS KING, Superintendent,
GINGER RAMSEY, Principal,
MIKE LOWE, Assistant Principal and Athletic Director,
MARK SCHMIDT,
MATT SCHMIDT,
JASON WANEKA, and
JASMINE MASSE,

    Defendants.

---

**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc #76) of Judge Philip A. Brimmer entered on November 16, 2012, granting in part the Unopposed Motion for Entry of Judgment Under Fed. R. Civ.P. 54(b), it is

    ORDERED that judgment is hereby entered in favor of defendants Boulder Valley School District No. Re-2, Superintendent Chris King, Principal Ginger Ramsey, Assistant Principal and Athletic Director Mike Lowe, Mark Schmidt, Jason Waneka, and

Jasmine Masse, and against plaintiffs.  It is

    FURTHER ORDERED this case shall be administratively closed, subject to reopening for good cause, pursuant to D.C.COLO.LCivR 41.2.

    Dated at Denver, Colorado this 20th day of November, 2012.

FOR THE COURT:  
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler  
_____

Edward P. Butler  
Deputy Clerk