IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02107-PAB-KLM

JANE DOE # 1,
JANE DOE # 2, and
JANE DOE # 3,

    Plaintiffs,

v.

TRAVIS JON MASSE and
MATT SCHMIDT,

    Defendants.

## ORDER

This matter is before the Court on the Joint Status Report [Docket No. 86] filed by plaintiffs Jane Does #1-3 and defendants Travis Jon Masse and Matt Schmidt.

Plaintiffs filed this case on August 11, 2011. In their amended complaint, plaintiffs brought seven claims for relief against nine defendants. *See* Docket No. 41. On September 25, 2012, the Court dismissed seven defendants from the case as well as five of plaintiffs' claims for relief. Docket No. 58 at 24. After the Court's September 25, 2012 order, plaintiffs' only remaining claims were those against defendants Matt Schmidt and Travis Jon Masse for violations of the Colorado Child Protection Act of 1987, Colo. Rev. Stat. § 19-3-301 *et seq*., and plaintiffs' claim against defendant Travis Jon Masse for violations of plaintiffs' Fourteenth Amendment Equal Protection and Due Process rights.

On October 24, 2012, plaintiffs filed an Unopposed Motion for Entry of Judgment under Fed. R. Civ. P. 54(b) [Docket No. 62] requesting that the Court certify the September 25, 2012 order as final.  In addition, plaintiffs requested that the Court stay the litigation pending their anticipated appeal to the Tenth Circuit.  Docket No. 62 at 3.  On November 16, 2012, the Court granted plaintiffs' motion for entry of judgment and administratively closed the case pending the resolution of plaintiffs' appeal.  Docket No. 76 at 5.  On August, 1, 2013, the Tenth Circuit affirmed the September 25, 2012 order. Docket No. 85.

In the status report, the parties state that defendant Travis Jon Masse is currently appealing his related state court criminal conviction and request that the Court stay the case until the resolution of Mr. Masse's appeal.  Docket No. 86 at 2.

The Court finds that there is good cause to continue the administrative closure of this case.

Accordingly, it is

**ORDERED** that this case shall remain administratively closed pursuant to D.C.COLO.LCivR 41.2.  Either party may seek to reopen this matter for good cause, including final resolution of Mr. Masse's criminal appeal.

DATED August 28, 2013.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge